UNITED STATES DISTRICT COURT FOR THE
SOUTHE RN DISTRICT OFFLORIDA
MIAMI DIVISION

Case Number: **22-24105-CIV-MARTINEZ-SANCHEZ**

FLORIDA BEAUTY EXPRESS, INC.,

    Plaintiff,

vs.

JVN EXPRESS INC.,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Renewed Motion for Entry of Final Default Judgment against Defendant ("Motion"), (ECF No. 39). Judge Sanchez filed an R&R recommending that the Motion be granted. (ECF No. 43). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 43), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that Plaintiff's Motion, (ECF No. 39), is **GRANTED in part** as follows:

1. Final default judgment shall be entered in favor of Plaintiff and against the Defendant in the amount of $96,890.21, plus prejudgment and postjudgment interest described in the R&R.
2. Plaintiff's request for attorney's fees is **DENIED**.
3. Final default judgment will be entered by separate order.

**DONE AND ORDERED** in Miami, Florida, this 27 day of September, 2024.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record